ACCEPTED
12-14-00210-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/14/2015 10:53:13 AM
CATHY LUSK
CLERK

## CASE NO. 12-14-00210-CR

| | | |
|---|---|---|
| **BOBBIE GRUBBS** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | FILED IN 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| **VS.** | § | **TWELFTH COURT OF APPEALS** |
| | § | CATHY S. LUSK |
| **THE STATE OF TEXAS,** | § | Clerk |
| **APPELLEE** | § | **TYLER, TEXAS** |

## <u>MOTION FOR LEAVE TO FILE LATE APPELLEE'S BRIEF</u>

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW The State of Texas , Appellee, by and through her District Attorney, Kenneth B. Florence, and files this motion for leave to file a late Appellee's Brief.  In support of this motion, Appellee shows the court the following:

### I.

Appellant was convicted in the **273**rd Judicial District Court of Shelby County, Texas, by a jury, of the offense of Capital Murder.  The judge assessed punishment at confinement in the Texas Department of Criminal Justice Institutional Division, for Life, without the possibility of Parole.

### II.

The deadline for filing the Appellee's Brief was July 3, 2015.  That date was the official observance of Independence Day and all county offices were closed.  That date has passed.

### III.

Appellee's request for an leave to file a late motion for extension of time is based upon the following facts:

1. Appellee is filing the brief today July 13, 2015, which is only 10 days late.

2. This motion is not opposed by defense counsel.

3. The State has not received any extension of time to file despite requesting one from the Court of

Appeals. (The State has not checked it's email in box today or yesterday, in order to concentrate on getting the brief filed.)

4. The elected District Attorney was the only attorney in the office for 4 years, and a new Assistant District Attorney was just approved effective June 8, 2015.

Wherefore, Appellee prays the court grant the motion for leave to late file the Appellee's Brief.

Respectfully submitted,


/s/ Kenneth B. Florence
KENNETH B. FLORENCE
TBA # 00790698
Shelby County Assistant District Attorney
200 San Augustine Street    Suite 12
Center, Texas 75935
(936) 598-2489
(936) 598-4106


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the State's Motion for Leave to file a Late Appellee's Brief, as related above, was served upon, Stephen Shires, Attorney for Appellant, 123 San Augustine Street, Center, Texas 75935, by facsimile (936) 598-3031 and E-file Texas, on this the 14th day of July 2015.

/s/ Kenneth B. Florence
KENNETH B. FLORENCE